JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL R. BEDFORD, III, | ) NO. EDCV 20-0336-GW (KS) |
| Plaintiff, | ) |
| v. | ) |
| | ) ORDER AND JUDGMENT OF DISMISSAL |
| UNKNOWN, | ) |
| Defendant. | ) |
| _____ | ) |

On February 19, 2020, Plaintiff, a state prisoner proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983. (Dkt. No. 1.) Plaintiff asserts that prison officials assaulted him, causing him serious injury, and that they interfered with his attempts to seek legal redress of the assault. (*See id.*) However, the handwritten complaint does not clearly delineate the cause(s) of action or the relief sought. As such, it violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court

1

1    determines that the complaint, or any portion thereof, fails to state a claim upon which relief

2    can be granted).

3

4         Also on February 19, 2020, the Court notified Plaintiff that he had failed to pay the

5    filing fee and had not filed a request to proceed *in forma pauperis*.  (Dkt. No. 2.)   On March

6    4, 2020, after two weeks had passed and Plaintiff had not responded to the Court's notification,

7    the Court ordered Plaintiff to show cause, no later than March 25, 2020, why the action should

8    not be dismissed for failure to pay the filing fee or obtain authorization to proceed without

9    prepayment of the fee.  (Dkt. No. 4.)

10

11        More than seven weeks have now passed since the Court issued its February 19, 2020

12   notification, and more than two weeks have passed since Plaintiff's March 25, 2020 deadline

13   for paying the filing fee or filing a request to proceed without prepayment of the fee.  To date,

14   Plaintiff has neither paid the filing fee nor requested to proceed *in forma pauperis*.

15

16        Further, on March 16, 2020 and March 27, 2020, the Court received mail it sent to

17   Plaintiff returned and marked undeliverable because Plaintiff is "out of custody."  (Dkt. Nos.

18   9, 10.)  Accordingly, pursuant to Local Rule 41-6, the action is now also subject to dismissal

19   for want of prosecution because Plaintiff failed to notify the Court in writing of his change in

20   address within 15 days of March 16, 2020—the date that mail directed to him by the Clerk's

21   office was first returned to the Court marked undelivered.  L.R. 41-6 ("A party proceeding *pro*

22   *se* shall keep the Court . . . apprised of such party's current address . . . .  If mail directed by

23   the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service,

24   and if, within fifteen (15) days of the service date, such plaintiff fails to notify in writing, the

25   Court and opposing parties of said plaintiff's current address, the Court may dismiss the action

26   with or without prejudice for want of prosecution.").

27

28

2

1    For all of the foregoing reasons, IT IS HEREBY ORDERED AND ADJUDGED that

2    this action is DISMISSED.

3

4    DATED: April 15, 2020

5    _____

6    HON. GEORGE H. WU
     UNITED STATES DISTRICT JUDGE

7

8

9    Presented by:

10

11

12    _____

13    KAREN L. STEVENSON
      UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28